

February 22, 2007

Hon. G. L. Sharpe
Northern District of New York
James T. Foley Court House
445 Broadway
Albany, NY   12207-2974

Re: Schumacher vs. New York State Office of Parks, Recreation of Historic Preservation et al.
05-CV-0753

Dear Judge Sharpe,

    I have received an ECF notification indicating that Defendants' attorneys are seeking a two-week extension of time for the reply responses for both of defendants' motions (Dockets 27 and 28).  I have not been contacted by either attorney with respect to this request.  The return date over the holiday was Defendants' choice, but, given the circumstances of the filing and re-docketing of Plaintiff's response papers, I have no objection to the Defendants being given an extension of time to answer. I note that both attorneys were provided all of the response papers on a compact disc before the re-docketing.

    I am assuming that taking advantage of such an extension waives any objections they may have had to the original docketing of the response papers.

    Thank you for your consideration in this matter.


Very truly yours,

*[signature]*

Karen L. Kimball

26 West Sand Lake Road, Wynantskill, New York 12198   518-283-1650