

Karen L. Kimball
J.D., Ph D
Attorney at Law

February 18, 2009

Hon. David R. Homer
Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, NY  12207

Re:   Schumacher vs. New York State et al.
      05-cv-0753

Dear Judge Homer,

Although Plaintiff originally executed the agreement several months ago, the State has not yet executed the stipulation agreed upon among the parties. Since the stipulation allows the State 120 days to pay the funds agreed upon I believe an extension of time is necessary for the completion of this matter. At this point it would have to be another 150 days to ensure that Plaintiff receives the funds. Mr. Beaudry has already forwarded the agreed upon amount which I have in escrow.

Thank you for your courtesies.

Very truly yours,

Karen Kimball

26 West Sand Lake Road, Wynantskill, New York 12198   518-283-1650